[No. 24346-6-II.    Division Two.    January 7, 2000.]

LESTER R. SMITH, *Respondent*, v. WEST COAST MARINE
CLEANING, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark
County, No. 98-2-03865-2, James D. Ladley, J., entered
January 15, 1999. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Seinfeld, J., con-
curred in by Bridgewater, C.J., and Hunt, J.

---

[No. 41929-3-I.    Division One.    January 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LOUIS
HAGGERTY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-08365-4, Bobbe J. Bridge and James
Bryan Street, JJ., entered December 19 and 29, 1997.
*Affirmed* by unpublished opinion per Ellington, J., con-
curred in by Baker and Appelwick, JJ.

---

[No. 42218-9-I.    Division One.    January 10, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. BRIAN KEITH
WEAVER, *Respondent*.

Appeal from a judgment of the Superior Court for Island
County, No. 97-1-00134-1, Alan R. Hancock, J., entered
January 30, 1998. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Kennedy, C.J., and Agid, J.

---

[No. 42633-8-I.    Division One.    January 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JED HARRIS
HARTLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-07886-1, Anthony P. Wartnik, J., entered
May 4, 1998. *Affirmed* by unpublished opinion per Kennedy,
C.J., concurred in by Baker and Agid, JJ.